UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILL SAINTCLAIR PATTON,        )
                               )
       Petitioner,             )   Case No. 4:05-cv-9
                               )
v.                             )   Honorable Wendell A. Miles
                               )
MICHIGAN PAROLE BOARD et al.,  )
                               )
       Respondents.            )
_____ )

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief because Petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: April 20, 2005                        /s/ Wendell A. Miles
                                                            Wendell A. Miles
                                                            Senior U.S. District Judge